[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  14-10171
Non-Argument Calendar

_____

D. C. Docket No. 1:13-cr-00122-WS-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ALAN DICKENS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(March 13, 2015)

Before MARCUS, JULIE CARNES and EDMONDSON, Circuit Judges.

PER CURIAM:

Brandy Hambright, appointed counsel for Michael Dickens, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant

to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dickens's conviction and sentence are **AFFIRMED**.